**NANCY CURRY, CHAPTER 13 TRUSTEE**
**606 SOUTH OLIVE STREET, STE 950**
**LOS ANGELES, CA 90014**
**Tel: (213)689-3014 FAX (213)689-3055**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

|  |  |
|---|---|
| In Re: | ) |
|  | ) |
|  | ) **CASE NO. LA 0525922 VK** |
| FIELD, BRIGHAM GERRIT | ) |
|  | ) DECLARATION RE NON-RECEIPT OF |
|  | ) OBJECTIONS TO TRUSTEE'S FINAL |
|  | ) REPORT & ACCOUNT AND REQUEST |
| Debtor | ) FOR DISCHARGE OF DEBTOR |
| _____ | ) |

On March 30, 2009, this office served upon the interested Parties a "Notice of Filing of Trustee's Final Report And Account." This office has not received any objections to the Trustee's Draft Final Report And Account within the period permitted by Rule 5009, or at all.

**Given that the debtor has completed payments under the terms of the Confirmed plan and that no party in interest has objected to the "Notice of Filing of Trustee's Final Report And Account," I request that the debtor be granted a discharge pursuant to 11 USC §1328.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed July 20, 2009, at Los Angeles, California.

Dated: July 20, 2009

/S/ Nancy Curry

## **Proof Of Service**

    I declare under penalty of perjury that I am employed by Nancy Curry Chapter 13 Trustee; I am over 18 years of age, and I am not a party to this action. On July 20, 2009 I served the within Declaration Re Non-receipt of Objection to Trustee's Final Report And Account And Request For Discharge Of Debtor(s) thereon, the above Notice and attached Final Report and Account to the Following

| DEBTOR | ATTORNEY |
|---|---|
| FIELD, BRIGHAM GERRIT | RABIN J POURNAZARIAN |
|  | PRICE LAW GROUP |
| 642 SWARTHMORE AVENUE | 15760 VENTURA BLVD. #1100 |
| PACIFIC PALISADES, CA 90272 | ENCINO, CA 91436- |

    I declare under penalty of perjury that the foregoing is true and Complete to the best of my knowledge.

    Executed on July 20, 2009

    /S/ Elizet Cash